FILED: 10/5/2015 5:02:58 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Kelly Smith, Deputy

## NO. 14-04122-211

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **SUNEETHA MALLELA** | § | |
| **AND** | § | **211TH JUDICIAL DISTRICT** |
| **HARI KRISHNA MALLELA** | § | |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| **A.P.M. AND A.S.M., CHILDREN** | § | **DENTON COUNTY, TEXAS** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/15/2015 8:48:28 AM
DEBRA SPISAK
Clerk

### REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

Respondent, Hari Krishna Mallela, requests the Court to state in writing the findings of fact and conclusions of law as provided by rules 296 and 297 of the Texas Rules of Civil Procedure and section 6.711 of the Texas Family Code with respect to the Enforcement Order signed on September 15, 2015.

Without limitation, Respondent, requests that the Court's findings and conclusions include—

1.   the characterization of each party's assets, liabilities, claims, and offsets on which disputed evidence has been presented; and

2.   the value or amount of the community estate's assets, liabilities, claims, and off-sets on which disputed evidence has been presented.

Respondent further requests that the clerk of the Court immediately call this request to the attention of the Court pursuant to rule 296 of the Texas Rules of Civil Procedure.

Respondent further requests that the Court cause copies of its findings and conclusions to be transmitted to each party in the suit as required by rule 297 of the Texas Rules of Civil Procedure.

Respectfully submitted,

Khaleel & Associates, P.C.

By:_____

R. Keith Walker
Texas Bar No. 20721500
E-mail: kwalkerlaw@aol.com
14001 Goldmark Dr. #140
Dallas, TX    75240
Tel: 469-330-8630
Fx:     469-330-8354


Sajeel S. Khaleel
State Bar No. 24036899
Email: skhaleel@khaleellaw.com
Prosperity Bank Bldg.
9330 LBJ Frwy., Ste 900
Dallas, TX 75243
Ph:     972-808-0777
Fx:     972-793-8287
Attorneys for Respondent


**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on October 5, 2015.

_____

R. Keith Walker and Sajeel S. Khaleel
Attorney for Respondent